IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEGACY FRANCHISE GROUP LLC,

          Plaintiff,

   v.

BREAK OF DAY, INC., et al.,

          Defendants.

ORDER

13-cv-604-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 20th day of September, 2013.

          BY THE COURT:

          /s/

          _____
          WILLIAM M. CONLEY
          District Judge