IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEGACY FRANCHISE GROUP LLC,

                  Plaintiff,

    v.

BREAK OF DAY, INC., et al.,

                  Defendants.

ORDER

13-cv-604-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 20th day of September, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1